JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | EDCV 24-1231 PA (SHKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| ADEL RIAD, | |
| Defendant. | |

Pursuant to this Court's December 3, 2024 Minute Order granting the Motion for Default Judgment filed by plaintiff GS Holistic, LLC's ("Plaintiff") against defendant Adel Riad ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff shall have judgment in its favor and against Defendant;

2. Plaintiff shall recover from Defendant the amount of $9,672.00 (consisting of $9,000.00 in statutory damages and $672.00 in costs). Plaintiff is also entitled to post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of this Judgment until paid.

DATED: December 3, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE